# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: JOHN L. THOMAS(DISM 12/17/10)   §   Case No. 10-74306
      TANEESHA A. THOMAS (CONV 12/16/10)
                                          §
          Debtors                          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/27/2010.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/17/2010.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $75,400.63.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 900.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RICHARD H SCHMACK | Lgl | 3,774.00 | NA | NA | 0.00 | 0.00 |
| BOA HOME LOANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BOA HOME LOANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 10,872.00 | 10,872.11 | 10,872.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 2,128.00 | 0.00 | 0.11 | 0.00 | 0.00 |
| SILVERLEAF RESORTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Sec | 2,334.00 | 2,334.00 | 2,334.00 | 0.00 | 0.00 |
| ACA RECOVERY INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Uns | 166.68 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT | Uns | 20,753.84 | 16,073.85 | 16,073.85 | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES | Uns | 348.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,157.00 | 1,190.61 | 1,190.61 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,437.60 | 1,825.89 | 1,825.89 | 0.00 | 0.00 |
| CHECK GIANT | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DEKALB | Uns | 195.26 | NA | NA | 0.00 | 0.00 |
| COLUMBUS BANK & TRUST | Uns | 1,161.81 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 492.93 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 210.65 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON CO | Uns | 894.12 | 1,041.90 | 1,041.90 | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 20,000.00 | 19,618.66 | 19,618.66 | 0.00 | 0.00 |
| DEKALB SCHOOL DISTRICT | Uns | 495.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 247.00 | 2,658.40 | 2,658.40 | 0.00 | 0.00 |
| ELECTRONIC PAYMENT | Uns | 58.09 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT-A-CAR | Uns | 361.59 | NA | NA | 0.00 | 0.00 |
| GREENTREE & ASSOCIATES | Uns | 202.81 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 2,499.04 | 691.19 | 691.19 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 924.88 | 9,701.02 | 9,701.02 | 0.00 | 0.00 |
| HYDE PARK REALTY | Uns | 3,159.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 672.00 | 672.00 | 672.00 | 0.00 | 0.00 |
| JUST ENERGY | Uns | 310.41 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 4,000.00 | 563.42 | 563.42 | 0.00 | 0.00 |
| MICHAEL E EVANS DDS | Uns | 756.01 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,065.38 | 1,029.60 | 1,029.60 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 761.16 | 185.83 | 185.83 | 0.00 | 0.00 |
| ORAL & MAXILLOFACIAL | Uns | 291.00 | NA | NA | 0.00 | 0.00 |
| PIZZA VILLA | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE VALLEY DENTAL | Uns | 69.40 | NA | NA | 0.00 | 0.00 |
| PROCESSING SOLUTIONS | Uns | 515.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 0.00 | 20,986.32 | 0.00 | 0.00 | 0.00 |
| SERVICE MASTER RESTORATION | Uns | 843.66 | 1,011.38 | 1,011.38 | 0.00 | 0.00 |
| SPRINT | Uns | 1,050.55 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 556.65 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Uns | 243.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 127.23 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Uns | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| WAL-MART | Uns | 372.29 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 0.00 | 179.69 | 179.69 | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 0.00 | 691.19 | 691.19 | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 0.00 | 83,498.92 | 0.00 | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 0.00 | 19,618.66 | 19,618.66 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TANEESHA A. THOMAS | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 1,448.44 | 1,448.44 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 1,038.53 | 1,038.53 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 13,206.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,206.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 79,490.37 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: <u>01/19/2011</u>      By: <u>/s/ Lydia S. Meyer</u>
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)